Reincke-Ellis Company, appellee, v. Morton Manufacturing Company, appellant. Gen. No. 36,364.

Opinion filed February 6, 1933.
John T. Richards and Irving B. Campbell, for appellant. J. J. Cooke, for appellee.
Mr. Presiding Justice McSurely delivered the opinion of the court.

Edla Dixon, appellee, v. City of Chicago, appellant. Gen. No. 36,373.

Opinion filed February 6, 1933.
William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for appellant; Benjamin Nelson and Samuel E. Pincus, Assistant City Attorneys, and Carl J. Appell, Assistant Corporation Counsel, of counsel. Royal W. Irwin, for appellee.
Mr. Presiding Justice McSurely delivered the opinion of the court.

Albert F. Johnson, appellee, v. Wayte Laundry Company, appellant. Gen. No. 36,382.

Opinion filed February 6, 1933.
Homer R. Hopps, for appellant. Freyburger, Baker & Rice, for appellee.
Mr. Presiding Justice McSurely delivered the opinion of the court.